UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEPHEN JAY BRYAN,

                    Plaintiff,                              Case No.  1:04cv775

v.                                                         Hon. Robert J. Jonker

MARY BERGHUIS,

                    Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on December 20, 2007.  The time permitted for objections to the Report and Recommendation has elapsed, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).  Accordingly,

        **IT IS ORDERED** that the Report and Recommendation of  the Magistrate Judge, filed December 20, 2007, is APPROVED AND ADOPTED as the opinion of the court.

        **IT IS FURTHER ORDERED** that the habeas petition is DENIED.


                              /s/Robert J. Jonker
                            Robert J. Jonker
                            United States District Judge

Dated:  January 4, 2008